CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 27 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RAYMOND CSIKORTOS, II,<br>    Petitioner, | Civil Action No. 7:07cv00476 |
| v. | **ORDER** |
| UNITED STATES OF AMERICA,<br>    Respondent. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that

1) Csikortos' claims 1 and 2 are **DENIED**; However, claim 3 is still pending;

2) With regard to claim 3, the United States is **DIRECTED** to respond within five (5) days of entry of this Order as to whether it has any objection to the court entering an Amended Judgment in Csikortos' Criminal Case No. 5:02cr30061-002, reflecting that Csikortos total term of imprisonment shall be 24 months to be followed by no term of supervised release. If no response is filed within five (5) days, the court will deem the United States' silence as an acquiescence.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 26th day of October, 2007.

_____
United States District Judge